UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

KIMBERLY TAYLOR,

    Plaintiff,

v.                                    Case No.:  **23cv000175-LAG**

THRUSH AIRCRAFT, LLC,

    Defendants.
_____/

## **NOTICE OF SETTLEMENT**

    PLEASE BE ADVISED that the parties hereto have reached an amicable resolution of this matter.

    Respectfully submitted this 10th day of July, 2024.

                                                      /s/ Justin B. Hales
                                                  Joshua C. Canton, Esquire
                                                  Georgia Bar No.:  683228
                                                  jcanton@conroysimberg.com
                                                  Justin B. Hales, Esquire
                                                  Georgia Bar No. 340174
                                                  jhales@conroysimberg.com
                                                  Conroy Simberg
                                                  126 North Broad Street
                                                  Thomasville, GA 31792
                                                  (229) 236-6126
                                                  (229) 226-5744
                                                   Attorney for Defendant,
                                                  Thrush Aircraft, LLC

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  I further certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ Justin B. Hales  
Joshua C. Canton, Esquire  
Georgia Bar No.:  683228  
jcanton@conroysimberg.com  
Justin B. Hales, Esquire  
Georgia Bar No. 340174  
jhales@conroysimberg.com  
Conroy Simberg  
126 North Broad Street  
Thomasville, GA 31792  
(229) 236-6126  
(229) 226-5744  
Attorney for Defendant,  
Thrush Aircraft, LLC

TAYLOR, KIMBERLY V. THRUST AIRCRAFT, LLC
United States District Court of the Middle District of Georgia, Albany Division
Civil Action No. 1:23-cv-175 (LAG)
Notice of Settlement
Our File No. 2363069
Page 2

## **SERVICE LIST**

TAYLOR, KIMBERLY v. TRUST AIRCRAFT, LLC
Case No. 23cv000175-LAG
United States District Court, Middle District of Georgia
Albany Division

Ryan P. Molaghan, Esq.
Brooks LeBoeuf Foster Gwartney
Hobbs, P.A.
909 East Park Avenue
Tallahassee, FL 32301
Attorney for Plaintiff
Phone:  850-222-2000
Fax:  850-222-9757
ryanm@tallahasseeattorneys.com

Ryan B. Hobbs, Esq.
Perry and Young
219 E. Virginia Street
Tallahassee, FL 32301
(850) 215-7777
rhobbs@perry-young.com
Attorney for Plaintiff

TAYLOR, KIMBERLY V. THRUST AIRCRAFT, LLC
United States District Court of the Middle District of Georgia, Albany Division
Civil Action No. 1:23-cv-175 (LAG)
Notice of Settlement
Our File No. 2363069
Page 3